%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY<br>V.          Plaintiff<br><br>UBS PRINCIPAL FINANCE, LLC,<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC, and<br>CHICAGO TITLE INSURANCE COMPANY<br>                    Defendants | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>**04 - 10783 GAO** |

TO: (Name and address of Defendant)
   I-Park West Seyon LLC
   1285 Avenue of the Americas
   New York, NY  10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Thomas M. Looney, Esq.
   Bartlett Hackett Feinberg PC
   10 High Street, Suite 920
   Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-19-04

CLERK

(By) DEPUTY CLERK