AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERK'S OFFICE
2004 MAY 26 P 12:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

STEWART TITLE GUARANTY COMPANY
              Plaintiff

V.

UBS PRINCIPAL FINANCE LLC,
I-PARK GROVE WILLOW LLC,
I-PARK WEST SEYON LLC, and
CHICAGO TITLE INSURANCE COMPANY
              Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 - 10783 GAO**

TO: (Name and address of Defendant)

UBS Principal Finance LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Looney, Esq.
Bartlett Hackett Feinberg PC
10 High Street, Suite 920
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-19-04

CLERK

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>　　　Plaintiff,<br>v.<br><br>UBS PRINCIPAL FINANCE LLC,<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC, and<br>CHICAGO TITLE INSURANCE COMPANY<br>　　　Defendants | DOCKET NO. 04-10783-GAO |

## AFFIDAVIT OF PROOF OF LONG ARM SERVICE

I, Thomas M. Looney, attorney for Plaintiff, Stewart Title Guaranty Company, hereby certify upon oath that I caused the Defendant, UBS Principal Finance LLC to be served with copies of the Summons, Civil Cover Sheet, and Plaintiff's First Amended Complaint through its resident agent for acceptance of service of process in Delaware pursuant to the Massachusetts Long Arm Statute (Massachusetts General Laws, Chapter 223A, §6), Rule 4(e) of the Massachusetts Rules of Civil Procedure, and Rule 4(h)(1) of the Federal Rules of Civil Procedure by certified mail, return receipt requested to the following:

　　　UBS Principal Finance LLC
　　　c/o Corporation Service Company
　　　2711 Centerville Road, Suite 400
　　　Wilmington DE 19808

The return receipt is attached to this affidavit is proof. While it does not indicate the date of delivery, the return receipt was received by my office on May 11, 2004. Therefore, UBS Principal Finance LLC's resident agent must have received the documents no later than May 9, 2004.

Signed under the pains and penalties of perjury this 24th day of May, 2004.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Thomas M. Looney
　　　　　　　　　　　　　　　　　　　BBO #555040

BARTLETT HACKETT FEINBERG P.C.
10 HIGH STREET, SUITE 920
BOSTON, MA 02110-1605
ATTN: THOMAS M. LOONEY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X

B. Received By: (Please Print Clearly)

Date of Delivery

Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City ........................ State ........ ZIP + 4 Code

1. Article Addressed To:

UBS PRINCIPAL FINANCE LLC
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON DE 19808

7100 8453 8130 0002 6534

2. Article Number
7100 8453 8130 0002 6534

3. Service Type
CERTIFIED

4. Restricted Delivery?
(Extra Fee) ☐ Yes