# United States District Court

—————————— DISTRICT OF ——————————

Massachusetts

PLAINTIFF

STEWART TITLE GUARANTY COMPANY

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT ~~AND THIRD PARTY PLAINTIFF~~

UBS PRINCIPAL FINANCE LLC,
I-PARK GROVE WILLOW LLC,
I-PARK WEST SEYON LLC, and
CHICAGO TITLE INSURANCE COMPANY
          Defendants and
STEWART TITLE GUARANTY COMPANY
          Plaintiff/Third Party Plaintiff
V. THIRD PARTY DEFENDANT

BSC GROUP, INC.

CASE NUMBER:

**04 CV 10783 GAO**

TO: (Name and address of Third Party defendant)
  BSC GROUP, Inc.
  425 Summer Street
  Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

  Thomas M. Looney
  Bartlett Hackett Feinberg PC
  10 High Street, Suite 920
  Boston, MA 02110

DEFENDANT'S ~~AND THIRD PARTY PLAINTIFF'S~~ ATTORNEY
(name and address)

  George A. McLaughlin III, Esq.
  The McLaughlin Brothers, LLP
  28 State Street, 31st Floor
  Boston, MA 02109

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK    TONY ANASTAS

(BY) DEPUTY CLERK

DATE

JULY 19, 2004

# *QUICKSERV*
**ALLSTATE PROCESS SERVERS**



# RETURN OF SERVICE

*I this day summoned the within named* BSC GROUP INC.

*to appear as within directed by delivering to* TODD WILSON, ADMINISTRATIVE ASSISTANT, 11:50 AM

**X**    *in hand*

*No.*    384 WASHINGTON ST.
*in the* NORWELL        *District of said* PLYMOUTH        *County an attested copy of the THIRD PARTY SUMMONS, PLAINTIFF'S THIRD PARTY COMPLAINT AND EXHIBITS*

*Service and travel*        28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 30    *miles in the service of this process*

Joseph Fallon
*Process Server*