UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEWART TITLE GUARANTY, COMPANY, <br>     Plaintiff, <br><br> v. <br><br> UBS PRINCIPAL FINANCE LLC, I-PARK GROVE WILLOW LLC, I-PARK WEST SEYON LLC, and CHICAGO TITLE INSURANCE COMPANY, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 04-10783-GAO |

**NOTICE OF APPEARANCE
OF BRUCE S. BARNETT FOR CHICAGO TITLE INSURANCE COMPANY**

Please enter the appearance of the undersigned attorney on behalf of the defendant, Chicago Title Insurance Company, in this action.

                  Respectfully submitted,

                  /s/ Bruce S. Barnett

                  Bruce S. Barnett (BBO #647666)
                  PIPER RUDNICK LLP
                  One International Place, 21st Floor
                  100 Oliver Street
                  Boston, MA  02110-2613
                  (617) 406-6000 (*telephone*)
                  (617) 406-6100 (*fax*)

Dated:  August 16, 2004