UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>　　　Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC,<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC, and<br>CHICAGO TITLE INSURANCE COMPANY<br>　　　Defendants | DOCKET NO. 04-10783-GAO |

### STIPULATION TO EXTEND CHICAGO TITLE'S DEADLINE FOR RESPONDING TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT

Stewart Title Guaranty Company ("Stewart") and Chicago Title Insurance Company ("Chicago") hereby stipulate that the time for Chicago to respond to the Plaintiff's First Amended Complaint is extended up to and including August 20, 2004.

| STEWART TITLE GUARANTY COMPANY | CHICAGO TITLE INSURANCE COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Thomas M. Looney | /s/ E Randolph Tucker |
| Thomas M. Looney (BBO #555040) | E Randolph Tucker, Esq. (BBO #503845) |
| Richard E. Gentilli (BBO #189080) | Piper Rudnick LLP |
| Bartlett Hackett Feinberg P.C. | One International Place |
| 10 High Street, Suite 920 | Boston, MA 02110 |
| Boston, MA 02110 | 617-406-6032 |
| 617-422-0200 | |

Dated: August 6, 2004