UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>    Plaintiff/Third-party Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC, and<br>CHICAGO TITLE INSURANCE COMPANY,<br>    Defendants,<br><br>and<br><br>BSC GROUP, INC.,<br>    Third-party Plaintiff. | DOCKET NO. 04-10783-GAO |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO THE THIRD-PARTY COMPLAINT OF STEWART TITLE COMPANY

The Third-party Defendant, BSC Group, Inc., with the assent of the Third-party Plaintiff, Stewart Title Guaranty Company ("Stewart"), hereby moves to extend the time for answering or otherwise responding to Stewart' Third-party Complaint up to and including August 18, 2004.

Respectfully submitted by
BSC GROUP, INC.
by its attorneys,

_____
David J. Hatem, BBO #225700
Nancy M. Reimer, BBO #555373
Nicholas A. Ogden, BBO #644007
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Assented to by
STEWART TITLE GUARANTY COMPANY,
By its attorneys,

_____
Thomas M. Looney, BBO #555040
Richard E. Gentilli, BBO #189080
BARTLETT HACKETT FEINBERG, PC
10 High Street, Suite 920
Boston, MA 02110
(617) 422-0200

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail, hand, fax on 8-10-04

_____