UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC,<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC, and<br>CHICAGO TITLE INSURANCE COMPANY<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  DOCKET NO. 04-10783-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Stewart Title Guaranty Company ("Stewart") hereby states that it is wholly owned by Stewart Information Services Corporation, which is a publicly traded company on the New York Stock Exchange.

                                                  STEWART TITLE GUARANTY COMPANY
                                                  By its attorneys,

                                                  _____
                                                  Thomas M. Looney
                                                  BBO #555040
                                                  Richard E. Gentilli
                                                  BBO #189080
                                                  Bartlett Hackett Feinberg P.C.
                                                  10 High Street, Suite 920
                                                  Boston, MA 02110
                                                  617-422-0200

Dated: August 6, 2004