UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2004 AUG 17 P 1: 16

DISTRICT COURT
OF MASS

| | |
|---|---|
| STEWART TITLE GUARANTY, COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC, I-PARK GROVE WILLOW LLC, I-PARK WEST SEYON LLC, and CHICAGO TITLE INSURANCE COMPANY,<br>    Defendants. | Docket No. 04-10783-GAO |

### NOTICE OF APPEARANCE
### OF E. RANDOLPH TUCKER FOR CHICAGO TITLE INSURANCE COMPANY

Please enter the appearance of the undersigned attorney on behalf of the defendant, Chicago Title Insurance Company, in this action.

Respectfully submitted,

_____
E. Randolph Tucker (BBO#503845)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: August 12, 2004