UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEWART TITLE GUARANTY COMPANY,      :

                Plaintiff,           :   CASE NO. 04-10783-GAO

v.                                   :

UBS PRINCIPAL FINANCE LLC, I-PARK    :
GROVE WILLOW LLC, I-PARK WEST SEYON
LLC, and CHICAGO TITLE INSURANCE     :
COMPANY,
                                     :
                Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL AS TO CLAIMS AND COUNTERCLAIMS BETWEEN STEWART TITLE GUARANTY COMPANY AND UBS PRINCIPAL FINANCE LLC, I-PARK GROVE WILLOW LLC, AND I-PARK WEST SEYON LLC

Stewart Title Guaranty Company and UBS Principal Finance LLC, I-Park Grove Willow LLC, and I-Park West Seyon LLC hereby stipulate to the dismissal of all claims and counterclaims between them with prejudice and without costs. The parties waive all rights of appeal. This stipulation shall not effect any claims involving Chicago Title Insurance Company or the third-party claims against BSC Group, Inc.

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY<br>By its attorneys,<br><br>*/s/ Thomas M. Looney*<br>_____<br>Thomas M. Looney (BBO #555040)<br>Richard E. Gentilli (BBO #189080)<br>Bartlett Hackett Feinberg P.C.<br>10 High Street, Suite 920<br>Boston, MA 02110<br>617-422-0200 | UBS PRINCIPAL FINANCE LLC, I-PARK GROVE WILLOW LLC, I-PARK WEST SEYON LLC<br>By their attorneys,<br><br>*/s/ George A. McLaughlin, III*<br>_____<br>George A. McLaughlin, III (BBO #544822)<br>The McLaughlin Brothers, P.C.<br>One Beacon Street, 17th Floor<br>Boston, MA 02108<br>617-523-7165 |

And

*/s/ Jill A. Steinberg*
_____
Jill A. Steinberg
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
Hakensack, NJ 07601
201-489-3000

Dated: December 7, 2004

H:\UBS\PLEADINGS\stipulation of dismissal.doc

## CERTIFICATE OF SERVICE

I, George A. McLaughlin, III, hereby certify that on this date I caused a copy of the foregoing Stipulation Of Dismissal As To Claims And Counterclaims Between Stewart Title Guaranty Company And UBS Principal Finance LLC, I-Park Grove Willow LLC, And I-Park West Seyon LLC to be served by U.S. mail, postage prepaid, upon Thomas M. Looney, Esq. and Richard E. Gentilli, Esq., Barlett Hackett Feinberg, P.C., 10 High Street, Boston, MA 02110 and Jill A Steinberg, Esq., Cole, Schotz, Meisel, Forman & Leonard, P.A., Court Plaza North, 25 Main Street, Hackensack, NJ 07601.

George A. McLaughlin, III

Dated: December 7, 2004

H:\UBS\SURVEY\PLEADINGS\CERTIFICATE OF SERVICE.doc