UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>    Plaintiff, Counter-Claim Defendant, Third-Party Plaintiff,<br><br>    v.<br><br>UBS PRINCIPAL FINANCE LLC,<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC,<br><br>    Defendants, Counter-Claim Plaintiffs, and<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant, Third-Party Plaintiff,<br><br>    v.<br><br>BSC GROUP, INC.,<br><br>    Third-Party Defendant. | Civil Action No. 04-10783-GAO |

DEFENDANT, THIRD-PARTY PLAINTIFF,
CHICAGO TITLE INSURANCE COMPANY'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendant, third-party plaintiff Chicago Title Insurance Company, a Missouri corporation, discloses that it is a wholly owned subsidiary of Chicago Title and Trust Company, an Illinois corporation, which is a wholly owned subsidiary of Fidelity National Financial, Inc., a Delaware corporation, which is a publicly held company.

~BOST1:311138.v4
220130-32

Respectfully submitted,

CHICAGO TITLE INSURANCE COMPANY,

By its attorneys,

/s/ Bruce S. Barnett

_____
E. Randolph Tucker (BBO #503845)
Michael D. Vhay (BBO #566444)
Bruce S. Barnett (BBO # 647666)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated:  January 11, 2005.