UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEWART TITLE GUARANTY, COMPANY, <br>     Plaintiff, <br><br> v. <br><br> UBS PRINCIPAL FINANCE LLC, <br> I-PARK GROVE WILLOW LLC, <br> I-PARK WEST SEYON LLC, and <br> CHICAGO TITLE INSURANCE COMPANY, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 04-10783-GAO |

NOTICE OF APPEARANCE
OF MICHAEL D. VHAY FOR CHICAGO TITLE INSURANCE COMPANY

Please enter the appearance of the undersigned attorney on behalf of the defendant, Chicago Title Insurance Company, in this action.

                                                            Respectfully submitted,

                                                            _____/s/ Michael D. Vhay_____
                                                            Michael D. Vhay (BBO #566444)
                                                            DLA PIPER RUDNICK GARY CARY US LLP
                                                           One International Place, 21st Floor
                                                            100 Oliver Street
                                                           Boston, MA  02110-2613
                                                           (617) 406-6000 (telephone)
                                                           (617) 406-6100 (fax)

Dated:  February 3, 2005

~BOST1:318285.v1
220130-25