UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY, COMPANY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>UBS PRINCIPAL FINANCE LLC, )<br>I-PARK GROVE WILLOW LLC, )<br>I-PARK WEST SEYON LLC, and )<br>CHICAGO TITLE INSURANCE )<br>COMPANY, )<br>Defendants. ) | Docket No. 04-10783-GAO |

NOTICE OF FIRM NAME CHANGE

Pursuant to Local Rule 83.5.2(e), please enter the following change of firm name on the docket of this action. Effective January 1, 2005, the firm name of counsel for defendant Chicago Title Insurance Company is:

E. Randolph Tucker (BBO #503845)
Michael D. Vhay, Esq. (BBO #566444)
Bruce S. Barnett (BBO #647666)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

~BOST1:317776.v1
220130-25

CHICAGO TITLE INSURANCE COMPANY

By its attorneys,

         /s/ Michael D. Vhay
E. Randolph Tucker (BBO #503845)
Michael D. Vhay, Esq. (BBO #566444)
Bruce S. Barnett (BBO #647666)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated:  February 21, 2005