UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC,<br>I-PARK GROVE WILLOW LLC,<br>I-PARK WEST SEYON LLC, and<br>CHICAGO TITLE INSURANCE<br>COMPANY<br>    Defendants | DOCKET NO. 04-10783-GAO |

**CERTIFICATION OF THE PLAINTIFF AND ITS COUNSEL
IN ACCORDANCE WITH LOCAL RULE 16.1(D)(3)**

Stewart Title Guaranty Company and its counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

STEWART TITLE GUARANTY
COMPANY,

_____          _____
Patrick R. Thesing, Esq.                                    Thomas M. Looney, Esq.
Sr. Vice President and                                      Counsel for the Plaintiff
Chief Litigation Counsel

Dated: June 29, 2005