UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>    Plaintiff,<br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY<br>    Defendant<br>and<br><br>BSC GROUP, INC.<br>    Third Party Defendant | DOCKET NO. 04-10783-GAO |

**AGENDA**

The Plaintiff, Stewart Title Guaranty Company, the Defendant, Chicago Title Insurance Company, and the Third-Party Defendant, BSC Group, Inc., through their counsel, hereby submit the following Agenda for the Scheduling Conference set for July 19, 2005, at 2:00 p.m.

1. Establish a deadline for filing amended pleadings to conform to the events following the commencement of the case.

2. Discuss the possible consolidation of the case with Chicago Title Insurance Company v. BSC Group, Inc, and BSC Companies, Inc. f/k/a The BSC Group, Inc., United States District Court for the District of Massachusetts Docket No. 05-10046-GAO.

3. Establish a discovery schedule.

4. Establish a schedule for dispositive motions.

5. Set dates for the final pretrial conference and trial.

6. Address the issue of possible trial before a Magistrate Judge.

7. Explore settlement options, including mediation.

1

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>By its attorneys,<br><br>*/s/ Thomas M. Looney*<br>Thomas M. Looney (BBO #555040)<br>Richard E. Gentilli (BBO #189080)<br>Bartlett Hackett Feinberg P.C.<br>10 High Street, Suite 920<br>Boston, MA 02110<br>Phone: 617-422-0200<br>Fax: 617-422-0383 | CHICAGO TITLE INSURANCE COMPANY<br>By its attorneys,<br><br>*/s/ E. Randolph Tucker (TML)*<br>E. Randolph Tucker (BBO #503845)<br>Michael D. Vhay (BBO #566444)<br>Bruce S. Barnett (BBO #647666)<br>DLA Piper Rudnick Gray Cary US LLP<br>One International Place, 21st floor<br>100 Oliver Street<br>Boston, MA 02110-2613<br>Phone: 617-406-6000<br>Fax: 617-406-6100<br><br>BSC GROUP, INC.<br>By its attorneys,<br><br>*/s/ Nancy M. Reimer (TML)*<br>David J. Hatem (BBO #225700)<br>Nancy M. Reimer (BBO #555373)<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>Phone: 617-406-4500<br>Fax: 617-406-4501 |

Dated: July 5, 2005