UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Stewart Title Guaranty Company__
                    **Plaintiff**

        V.                    CIVIL CASE NO.  __04-10783__

__Chicago Title Insurance Company__
                    **Defendant(s)**

### NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a mediation hearing__ on __April 27, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via Facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

                    SARAH A. THORNTON,
                    CLERK OF COURT

__2/6/2006__              By: __/s/ Marc K. Duffy__
   Date                    Deputy Clerk

(ADR NOTICE.wpd - 3/7/2005)