UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>　　　Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC, et al.,<br>　　　Defendants. | Civil Action No. 04-10783-GAO |
| CHICAGO TITLE INSURANCE COMPANY,<br>　　　Plaintiff,<br><br>v.<br><br>BSC GROUP, INC., et al.,<br>　　　Defendants. | Civil Action No. 05-10046-GAO |

## **NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.5.2, please enter the following change of address on the docket of this action. Effective February 20, 2006, the address of counsel for plaintiff Chicago Title Insurance Company shall be:

>  Michael D. Vhay (BBO #566444)
>  Jessie W. Manchester (BBO #660966)
>  DLA Piper Rudnick Gray Cary US LLP
>  33 Arch Street, 26th Floor
>  Boston, MA 02110-1447
>  Tel. (617) 406-6000
>  Fax (617) 406-6100

~BOST1:396167.v3
220130-32

*/s/ Jessie W. Manchester*
_____
Michael D. Vhay (BBO#566444)
Jessie W. Manchester (BBO # 660966)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2600
Tel. (617) 406.6000
Fax (617) 406.6100

Attorneys for Chicago Title Insurance Company

Date:  February 23, 2006

~BOST1:408876.v1
220130-32